# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |
|---|---|
| **Case Number:** 19-01480 CED | **Trustee:** Robert E. Tardif Jr. |
| **Case Name:** HD Custom Homes Inc | **Filed (f) or Converted (c):** 02/25/19 (f) |
| | **§341(a) Meeting Date:** 06/18/19 |
| **Period Ending:** 09/30/20 | **Claims Bar Date:** 08/15/19 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | POSSIBLE FPL SECURITY DEPOSITS (u)<br>Trustee value is estimate only. | Unknown | 1,000.00 | | 0.00 | 1,000.00 |
| 2 | POSSIBLE CHARLOTTE COUNTY UTILITIES SECURITY DEPOSITS (WATER) (u)<br>Trustee value is estimate only. | Unknown | 1,000.00 | | 0.00 | 1,000.00 |
| 3 | BURNT STORE LAKES HOA SECURITY DEPOSIT C/O SANDRA & LARRY CLEMENTS (u) | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 4 | ROTONDA HOA SECURITY DEPOSITS FOR VARIOUS OWNERS (PARKER, KEMPTON, AND BOEHNLEIN) (u) | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 5 | MARK AND MARCIA VACARRO - LAST DRAW ON LOAN (u) | 14,596.73 | 14,596.73 | | 0.00 | FA |
| 6 | RANDY AND KARLA SKELTON - LAST DRAW ON LOAN (u) | 4,995.00 | 4,995.00 | | 0.00 | FA |
| 7 | MATTEO SABLICH - SECOND TO LAST DRAW ON WORK COMPLETED; STOPPED WORK BECAUSE OF NON-PAYMENT (u) | 78,000.00 | 78,000.00 | | 0.00 | FA |
| 8 | KURT HANSON - LAST DRAW ON LOAN; MOVED INTO COMPLETED HOME AND THEN INSTRUCTED REGIONS NOT TO PAY HD (u) | 40,861.60 | 40,861.60 | | 0.00 | FA |
| 9 | JEFF AND GINA HAAS - MOVED IN DEC. 2018 AND PEOPLES BANK NEVER PAID DEBTOR; DEBTOR HELPED COMPLETE HOME AFTER DEBTOR CLOSED ITS DOORS; APPROX. $30,000 OWED (u) | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 10 | NANCY KNIGHT - MOVED INTO HOME AND REFUSED TO PAY LAST DRAW; APPROX. $31,000 OWED (u) | 31,000.00 | 31,000.00 | | 0.00 | FA |
| 11 | MICHAEL DUKES - DEBTOR SOLD HOMESITE TO HIM FOR APPROX. $56,000, AND HE STILL OWES APPROX. $10,000 (u) | 10,000.00 | 10,000.00 | | 0.00 | 10,000.00 |
| 12 | 2 LAPTOPS (u) | 200.00 | 200.00 | | 0.00 | 200.00 |
| 13 | 2 LOTS ON IRWIN DRIVE, PORT CHARLOTTE, FL (u) | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 14 | 2 LOTS IN THE NAME OF FLORENCE BUTLER ON SAN DOMINGO AND ON WALTRIP IN PORT CHARLOTTE, FL (u) | 18,000.00 | 18,000.00 | | 0.00 | 18,000.00 |
| 15 | BILL SPENCER, EX-EMPLOYEE, HAS LAPTOP AND AUTO CAD SOFTWARE (u) | 2,000.00 | 2,000.00 | | 0.00 | 2,000.00 |
| | **TOTALS** (Excluding Unknown Values) | **$250,653.33** | **$252,653.33** | | **$0.00** | **$32,200.00** |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

**Major activities affecting case closing:**

<9/16/2020, 7:38:47 AM - RET2-344>Emailed to Mike Kissinger re: listing Butler lots.

<6/15/2020, 11:36:36 AM - RET2-344>Reviewed information on vacant lots in another's name (Butler).

<3/17/2020, 10:52:53 AM - RET2-344>Sent letter to Harry and Harriet Zimmerman re: status of case.

<1/31/2020, 8:44:46 AM - RET2-344>Emailed Florida AG office re: accepting subpoena. They are conducting an investigation into Debtor's operations.

<12/19/2019, 1:31:17 PM - RET2-344>Reviewed public records. Two lots on Irwin lost to tax deed sale. Lots were subject to multiple judgment liens.

<10/21/2019, 10:58:49 AM - RET2-344>Emailed creditor about a possible asset - property located at 8084 Burwell. One of the Debtor's principals built home on property. After researching it appears that the property is subject to a large judgment lien against the principal. Property is in his name.

<9/30/2019, 10:12:34 AM - RET2-344>Emailed Debtor's attorney for missing addresses of homeowners that may owe money to the Debtor. Sent letters to four homeowners that may owe money to the Debtor.

<9/4/2019, 9:11:54 AM - GAH-345>  Amended Sch A/B filed.

<8/7/2019, 9:55:36 AM - GAH-345>  Order Granting Motion to Compel attendance at 341 meeting sent to process server.

**Initial Projected Date of Final Report (TFR):**  July 04, 2021             **Current Projected Date of Final Report (TFR):**  July 04, 2021

**Form 2**
**Cash Receipts and Disbursements Record**

Page: 1

No Accounts for this Case